UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MORK,<br><br>    Plaintiff,<br><br>    v.<br><br>LGC EMPLOYEECO, LLC, A DELAWARE LIMITED LIABILITY COMPANY D/B/A LAMONS MANUFACTURING & SERVICE CO.,<br><br>    Defendant. | Case No. 25-cv-00651-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING STIPULATION TO ARBITRATE**<br><br>Re: Dkt. Nos. 6, 7 |

The Court has reviewed Magistrate Judge Kim's Report and Recommendation Re Stipulation to Arbitration. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Stipulation to Arbitrate is GRANTED. All proceedings in this action are stayed pending the completion of arbitration and all pending dates, deadlines, and hearings before this Court are vacated. The parties are directed to file a joint status report regarding the status of the arbitration proceeding 120 days from the date of this order and every 120 days thereafter unless otherwise ordered.

This order also TERMINATES docket no. 9.

**IT IS SO ORDERED.**

Dated: April 1, 2025

HAYWOOD S. GILLIAM, JR.
United States District Judge